AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,
                         Plaintiffs

V.

A.C.T. Abatement Corp.,
              Defendant
             and
Peabody Construction Company,
            Reach-and-Apply Defendant
             and
Fleet Bank,
            Trustee

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05 CV 10147 RCL**

TO: (Name and address of defendant)

Peabody Construction Company
536 Granite Street
Braintree, MA 02184

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory A. Geiman, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE  1/26/2005

630C 03-294

AO

**Norfolk County Sheriff's Department**  P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

NA

February 11, 2005

I hereby certify and return that on 2/10/2005 at 1:02PM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Anne O'Reilly, clerk and agent, person in charge at the time of service for Peabody Construction Company, at 536 Granite Street, Braintree, MA 02184. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($7.68) Total Charges $45.18

_____
Deputy Sheriff

Deputy Sheriff William M Blake

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                         Signature of Server

                                          _____
                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure