AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,

          Plaintiffs

          V.

A.C.T. Abatement Corp.,

          Defendant

          and

Peabody Construction Company,

          Reach-and-Apply Defendant

          and

Fleet Bank,

          Trustee

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05 CV 10147 RCL**

TO: (Name and address of defendant)

    A.C.T. Abatement Corp.
    18 Broadway
    Lawrence, MA  01840

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Gregory A. Geiman, Esquire
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA  02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE  1/26/2005

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                          Signature of Server

                                            _____
                                            Address of Server

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.
                                                        February 24, 2005

I hereby certify and return that on 2/9/2005 at 4:35PM I served a true and attested copy of the summons, exhibits A, B & C, and complaint in this action in the following manner: To wit, by delivering in hand to Eric Jeter, owner, agent, person in charge at the time of service for A C T Abatement Corp, 18 Broadway Lawrence MA 01841 . Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($3.00), Copies ($10.00) Total Charges $48.90

Deputy Sheriff  Trevor Fraser                    *T. Fraser*
                                                  Deputy Sheriff