UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 MAR 11  A 10: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
_____
                                    )
PAUL J. MCNALLY, as he is           )
TRUSTEE, MASSACHUSETTS LABORERS'    )
WELFARE FUND and NEW ENGLAND        )
LABORERS' TRAINING FUND, et al.     )
        Plaintiffs                  )
                                    ) Civil Action
                                    ) Action No. 05cv10147 RCL
                                    )
                                    )
v.                                  )
                                    )
A.C.T. ABATEMENT CORP.,             )
        Defendant                   )
            and                     )
                                    )
PEABODY CONSTRUCTION COMPANY,       )
        Reach-and-Apply Defendant   )
            And                     )
                                    )
FLEET BANK,                         )
        Trustee                     )
_____)
```

**DEFENDANT'S MOTION TO EXTEND THE TIME TO RESPOND TO THE
COMPLAINT (ASSENTED TO)**

Now comes the Defendant, A.C.T. Abatement Corp. ("ACT"), and hereby requests that this Honorable Court extend the time within which ACT has to serve a response to the Complaint to Friday, March 18, 2005. As grounds for this motion, ACT states that it recently hired counsel to defend it in this matter and counsel needs additional time to familiarize himself with the

claims in the Complaint in order to draft a response. The Plaintiffs have assented to the extension of time.

**WHEFORE**, A.C.T. Abatement Corp. requests that this Honorable Court extend the time within which ACT has to serve a response to the Complaint up to and including Friday, March 18, 2005 and grant such other and further relief as this Court deems just.

A.C.T. Abatement Corp.

By its attorney,

Dated: March 10, 2005

Ronald W. Dunbar, Jr., BBO#567023
William R. Bagley Jr. BBO#644575
DUNBAR & RODMAN LLP
One Gateway Center - Suite 405
Newton, MA 02458
(617)244-3550

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/hand

Dated: 3/11/05

Ronald W. Dunbar, Jr.

2