**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>       Plaintiffs<br><br>       vs.<br><br>A.C.T. ABATEMENT CORP.,<br>       Defendant<br><br>       and<br><br>PEABODY CONSTRUCTION COMPANY,<br>       Reach-and-Apply Defendant<br><br>       and<br><br>FLEET BANK,<br>       Trustee | C.A. No. 05-10147 RCL |

**PLAINTIFFS' CONSENTED TO MOTION TO**
**RESCHEDULE SCHEDULING CONFERENCE**

Plaintiffs Paul J. McNally as he is Trustee, Massachusetts Laborers' Health and Welfare

Fund, et al respectfully move this Court to reschedule the Scheduling Conference now set for

August 18, 2005 at 2:30 p.m.  As grounds therefore, plaintiffs state that 1) their counsel will be

on vacation until August 22, 2005; 2) this motion is consented to by reach-and-apply defendant

Peabody Construction Co; and 3) defendant ACT Abatement Corp. has never filed an answer or other responsive pleading.

Wherefore, plaintiffs request that the Scheduling Conference be rescheduled for a date after August 22, 2005.

Respectfully submitted,

PAUL J. MCNALLY, as he is
TRUSTEE, MASSACHUSETTS
LABORERS' HEALTH AND WELFARE
FUND, et al,

By their attorneys,

/s/ Anne R. Sills
Anne R. Sills, Esquire
BBO #546576
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208


PEABODY CONSTRUCTION
COMPANY,

By their attorney,

/s/ Myles C. Beltram
Myles C. Beltram, Esquire
BBO #628339
Domestico, Lane & McNamara, LLP
The Meadows
161 Worcester Road
Framingham, MA  01701
(508) 626-9000

Dated:  June 24, 2005

## <u>LOCAL RULE 7.1(A)(2) CERTIFICATION</u>

Counsel hereby certifies, in accordance with Rule 7.1(A)(2), that prior to filing Plaintiffs' Motion to Reschedule Scheduling Conference in this matter she spoke with Peabody Construction Company's attorney and the parties attempted in good faith to resolve or narrow the issue.

<u>/s/ Anne R. Sills</u>
Anne R. Sills, Esquire

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above Plaintiffs' Consented to Motion to Reschedule Scheduling Conference was served by certified and first class mail upon the defendant, ACT Abatement Corp. at 18 Broadway, Lawrence, MA 01840 and by first class mail upon the attorney of record for the reach-and-apply defendant, Myles C. Beltram at Domestico, Lane & McNamara, LLP, The Meadows, 161 Worcester Road, Framingham, MA 01701 this 24th day of June, 2005.

<u>/s/ Anne R. Sills</u>
Anne R. Sills, Esquire

ARS/ars&ts
6306 03-294/motion-cnsntreschconf.doc