UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,
    Plaintiffs

vs.

A.C.T. ABATEMENT CORP.,
    Defendant

and

PEABODY CONSTRUCTION COMPANY,
    Reach-and-Apply Defendant

and

FLEET BANK,
    Trustee

C.A. No. 05-10147 RCL

**PLAINTIFFS' MOTION TO
RESCHEDULE SCHEDULING CONFERENCE**

Plaintiffs Paul J. McNally as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al respectfully move this Court to reschedule the Scheduling Conference now set for September 15, 2005 at 2:30 p.m. As grounds therefore, plaintiffs state that 1) their counsel will be out of town at a conference on September 15, 2005; 2) that defendant ACT Abatement Corp.

has never filed an answer or other responsive pleading; and 3) that reach-and-apply defendant Peabody Construction Co. will not be harmed by this delay.

Wherefore, plaintiffs request that the Scheduling Conference be rescheduled for a date after September 15, 2005.

> Respectfully submitted,
>
> PAUL J. MCNALLY, as he is
> TRUSTEE, MASSACHUSETTS
> LABORERS' HEALTH AND WELFARE
> FUND, et al,
>
> By their attorneys,
>
> /s/ Anne R. Sills
> Anne R. Sills, Esquire
> BBO #546576
> Segal, Roitman & Coleman
> 11 Beacon Street, Suite #500
> Boston, MA  02108
> (617) 742-0208

Dated:  September 1, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Rule 7.1(A)(2), that prior to filing Plaintiffs' Motion to Reschedule Scheduling Conference in this matter she attempted to reach Peabody Construction Company's attorney to attempt in good faith to resolve or narrow the issue but he did not return her call.

> /s/ Anne R. Sills
> Anne R. Sills, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that the above Plaintiffs' Motion to Reschedule Scheduling Conference was served by certified and first class mail upon the defendant, ACT Abatement Corp. at 18 Broadway, Lawrence, MA  01840 and by first class mail upon the attorney of record for the reach-and-apply defendant, Myles C. Beltram at Domestico, Lane & McNamara, LLP, The Meadows, 161 Worcester Road, Framingham, MA  01701 this 1st day of September, 2005.

> /s/ Anne R. Sills
> Anne R. Sills, Esquire

ARS/ars&ts
6306 03-294/motion-cnsntreschconf2.doc

2