UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND and NEW ENGLAND LABORERS'
TRAINING TRUST FUND; JAMES MERLONI, JR.,
as he is TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL
SERVICES FUND; MARTIN F. WALSH, as he is
TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND,
        Plaintiffs

vs.

A.C.T. ABATEMENT CORP.,
        Defendant

and

PEABODY CONSTRUCTION COMPANY,
        Reach-and-Apply Defendant

and

FLEET BANK,
        Trustee

C.A. No. 05-10147 RCL

**PLAINTIFFS' AND DEFENDANT A.C.T. ABATEMENT CORP.'S**
**RULE 16.1 (D) JOINT STATEMENT**

Plaintiffs and defendant A.C.T. Abatement Corp. ("ACT") respectfully submit this Joint Statement in accordance with Local Rule 16.1 (D).

**I.     DISPUTED ISSUES**

1.     What is the extent of defendant A.C.T. Abatement Corp.'s ("ACT") liability to the Plaintiff Funds?

2. Is reach-and-apply defendant Peabody Construction Co., Inc. holding monies due ACT.

## II. PROPOSED PRE-TRIAL SCHEDULE

The parties propose the following deadlines in this matter:

| | |
|---|---|
| Fact discovery deadline: | November 30, 2005. |
| Amendments to pleadings due: | December 31, 2005 |
| Dispositive Motions/ Summary Judgment filed and served by: | January 31, 2006 |

## III. OTHER ELEMENTS

A. The parties agree that a final pretrial conference shall be scheduled after all discovery is complete and a decision is rendered on summary judgment motion(s).

B. The plaintiffs' signed certification is attached hereto and the defendant's certification will be filed under separate cover.

C. Plaintiffs presented a written settlement proposal to ACT's counsel and defense counsel will have conferred with his client on the subject of settlement prior to the Scheduling Conference and will be prepared to respond to the proposal at the Scheduling Conference.

Respectfully submitted,

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS'
HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Anne R. Sills
Anne R. Sills, Esquire
BBO #546576

Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208


A.C.T. ABATEMENT CORP.,

By its attorneys,

<u>Ronald W. Dunbar, Jr.</u>
Ronald W. Dunbar, Jr., Esquire
BBO #567023
Dunbar & Rodman, LLP
One Gateway Center
Suite #405
Newton, MA  02458
(617) 244-3550


Dated:  September 28, 2005


## CERTIFICATE OF SERVICE

      This is to certify that a copy of the above Plaintiffs' and Defendant A.C.T. Abatement Corp.'s Rule 16.1 (D) Joint Statement has been served by first class mail upon the defendant's attorney Ronald W. Dunbar, Jr. at Dunbar & Rodman, LLP, One Gateway Center, Suite #405, Newton, MA  02458 and on reach-and-apply defendant's attorneys John J. McNamara and Myles C. Beltram at Domestico, Lane & McNamara, LLP, The Meadows, 161 Worcester Road, Framingham, MA  01701 this 28th day of September, 2005.

                                                              <u>/s/ Anne R. Sills</u>
                                                              Anne R. Sills, Esquire


ARS/ars&ts
6306 03-294/rule161.doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>    Plaintiffs<br><br>vs.<br><br>A.C.T. ABATEMENT CORP.,<br>    Defendant<br><br>and<br><br>PEABODY CONSTRUCTION COMPANY,<br>    Reach-and-Apply Defendant<br><br>and<br><br>FLEET BANK,<br>    Trustee | C.A. No. 05-10147 RCL |

## CERTIFICATION

Plaintiffs and their counsel certify herein that they have conferred

  (a) with a view to establishing a budget for the costs of conducting the full course --- and various alternative courses --- for the litigation; and

  (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS'
HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Anne R. Sills
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208


PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS'
HEALTH AND WELFARE FUND, et al,

By their Administrator,

*Thomas P.V. Masiello*

Thomas P.V. Masiello, Administrator
Massachusetts Laborers Benefit Funds
14 New England Executive Park
Suite #200
P.O. Box #4000
Burlington, MA 01803-0900

Dated: September 28, 2005

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above plaintiffs' Certification has been served by first class mail upon the defendant's attorney Ronald W. Dunbar, Jr. at Dunbar & Rodman, LLP, One Gateway Center, Suite #405, Newton, MA 02458 and on reach-and-apply defendant's attorneys John J. McNamara and Myles C. Beltram at Domestico, Lane & McNamara, LLP, The Meadows, 161 Worcester Road, Framingham, MA 01701 this 28th day of September, 2005.

/s/ Anne R. Sills
Anne R. Sills, Esquire

ARS/ars&ts
630603-294/certific.doc

2