UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR. as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND<br>　　　　Plaintiffs,<br>v.<br><br>A.C.T. ABATEMENT CORP.<br>　　　　Defendant,<br>and<br><br>PEABODY CONSTRUCTION CO., INC.<br>　　　　Reach and Apply Defendant<br><br>and<br><br>Fleet Bank,<br>　　　　Trustee. | C.A. NO. 05-10147RCL |

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR REACH AND APPLY DEFENDANT PEABODY CONSTRUCTION CO., INC.

Pursuant to Local Rule 83.5.2, S.J.C. Rule 3.07, and Mass. R. Prof. C. 1.16(b), the undersigned counsel move to withdraw their appearance as counsel for the Reach and Apply Defendant, Peabody Construction Co., Inc. As grounds for this motion, counsel states as follows:

1

1. Counsel has represented Peabody in this action since February, 2005.

2. Counsel represents Peabody in other matters pending in the Courts of the Commonwealth and the United States District Court for the District of Massachusetts.

3. Peabody has failed substantially to fulfill certain obligations to counsel in this action and other actions and counsel has given Peabody reasonable warning that they will withdraw unless Peabody fulfills its obligations. See S.J.C. Rule 3.07, Mass. R. Prof. C. 1.16(b)(4).

4. Counsel for Peabody has set forth in more detail the specific obligations Peabody has failed to fulfill in the Affidavit of John J. McNamara, which Peabody's counsel has moved to impound.

5. An irretrievable breakdown in the attorney-client relationship has occurred that renders counsel's representation of Peabody unreasonably difficult. See S.J.C. Rule 3.07, Mass. R. Prof. C. 1.16(b)(5).

6. Counsel has notified Peabody of this irretrievable breakdown and has provide Peabody with a copy of this motion.

7. Based upon the foregoing reasons stated herein, the undersigned counsel respectfully request that this Motion to Withdraw as Counsel for Peabody Construction Co., Inc. be allowed.

8.  No party would be prejudiced by the allowance of this motion.

### REQUEST FOR HEARING

The undersigned hereby requests that this matter be scheduled for hearing

Respectfully submitted,

_____
John J. McNamara
BBO No. 557882
Myles C. Beltram
BBO No. 628339
Domestico, Lane & McNamara, LLP
161 Worcester Road
Framingham, MA  01701
(508) 626-9000

Dated: October 3, 2005

### LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Rule 7.1(A)(2) that prior to the filing of this motion the parties conferred and that Counsel for the Plaintiff has stated that they have no objection to the filing of this motion. Counsel for Defendant did not respond.

_____
Myles C. Beltram

CERTIFICATE OF SERVICE

I, Myles C. Beltram, hereby certify that the foregoing was served via first class mail, postage prepaid, upon Anne R. Sills, Segal, Roitman & Coleman, 11 Beacon Street, Boston, MA 02108 and Ronald Dunbar, & Rodman, One Gateway Center, Suite #405, Newton, MA 02458 on this 3rd day of October, 2005.

_____
Myles C. Beltram