UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 OCT -4 P 1:53

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR. as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND<br>　　Plaintiffs,<br>v.<br><br>A.C.T. ABATEMENT CORP.<br>　　Defendant,<br>and<br><br>PEABODY CONSTRUCTION CO., INC.<br>　　Reach and Apply Defendant<br>and<br><br>Fleet Bank,<br>　　Trustee. | C.A. NO. 05-10147RCL |

MOTION TO IMPOUND AFFIDAVIT OF JOHN J. MCNAMARA
IN SUPPORT OF COUNSEL'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR REACH AND APPLY DEFENDANT
PEABODY CONSTRUCTION CO., INC.

Pursuant to Local Rule 7.2, counsel for the Reach and Apply Defendant, Peabody Construction Co., Inc. ("Peabody"), hereby moves to impound the Affidavit of John J. McNamara filed in support of Counsel's Motion to Withdraw as Counsel for Defendant Peabody Construction Co., Inc. (the "Affidavit") and that upon

1

dismissal of the case that post impoundment custody shall remain with Domestico, Lane & McNamara, LLP.

As grounds for its Motion, Peabody's Counsel states that good cause exists to impound the Affidavit, as it contains certain statements that, if made available to Plaintiff, Defendant, their counsel, or the public, would severely prejudice Peabody in this matter. Counsel relies upon the Affidavit of John J. McNamara filed in Support of Motion to Impound Affidavit ("McNamara Affidavit") and the Memorandum of Law submitted herewith.

Based upon the foregoing reasons stated herein, the undersigned counsel respectfully request that the Motion to Impound the Affidavit of John J. McNamara Filed in Support of Counsel's Motion to Withdraw as Counsel for Defendant Peabody Construction Co., Inc. be granted.

REQUEST FOR HEARING

The undersigned hereby requests that this matter be scheduled for hearing

Respectfully submitted,

John J. McNamara
BBO No. 557882
Myles C. Beltram
BBO No. 628339
Domestico, Lane & McNamara, LLP
161 Worcester Road
Framingham, MA 01701
Dated: October 3, 2005    (508) 626-9000

2

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Rule 7.1(A)(2) that prior to the filing of this motion the parties conferred and that Counsel for the Plaintiff has stated that they have no objection to the filing of this motion. Counsel for Defendant did not respond.

_____
Myles C. Beltram

## CERTIFICATE OF SERVICE

I, Myles C. Beltram, hereby certify that the foregoing was served via first class mail, postage prepaid, upon Anne R. Sills, Segal, Roitman & Coleman, 11 Beacon Street, Boston, MA 02108 and Ronald Dunbar, & Rodman, One Gateway Center, Suite #405, Newton, MA 02458 on this 3rd day of October, 2005.

_____
Myles C. Beltram