UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND and NEW ENGLAND LABORERS'
TRAINING TRUST FUND; JAMES MERLONI, JR.,
as he is TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL
SERVICES FUND; MARTIN F. WALSH, as he is
TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND,
          Plaintiffs

vs.

A.C.T. ABATEMENT CORP.,
          Defendant

and

PEABODY CONSTRUCTION COMPANY,
          Reach-and-Apply Defendant

and

FLEET BANK,
          Trustee

C.A. No. 05-10147 RCL

**PLAINTIFFS' CONSENTED TO MOTION FOR
EXTENSION OF TIME TO FILE AGREEMENT FOR JUDGMENT**

Plaintiffs Paul J. McNally as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al respectfully move this Court for an extension of time from January 31, 2006 to February 14, 2006 to file an Agreement for Judgment. As grounds therefore, plaintiffs state that 1) the parties are negotiating the terms of their settlement agreement and Agreement for Judgment in good faith but certain issues require additional time to resolve; 2) this motion is

consented to by defendant ACT Abatement Corp.; 3) no party will be harmed by the extension and 4) it will conserve judicial resources by eliminating the need to rule on a Motion for Summary Judgment.

    Wherefore, plaintiffs request that their Motion for an extension of time be granted.

Respectfully submitted,

PAUL J. MCNALLY, as he is
TRUSTEE, MASSACHUSETTS
LABORERS' HEALTH AND WELFARE
FUND, et al,

By their attorneys,

/s/ Anne R. Sills
Anne R. Sills, Esquire
BBO #546576
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208


Consented to:

ACT ABATEMENT CORP.,

By their attorney,

/s/ Ronald W. Dunbar
Ronald W. Dunbar, Esquire
BBO # 567023
Dunbar & Rodman  LLP
One Gateway Center
Newton, MA  02458

Dated:  January 31, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

    Counsel hereby certifies, in accordance with Rule 7.1(A)(2), that prior to filing Plaintiffs' Consented to Motion for Extension of Time to File Agreement for Judgment in this matter she

2

spoke with ACT Abatement Corp.'s attorney and the parties attempted in good faith to resolve or narrow the issue.

/s/ Anne R. Sills
Anne R. Sills, Esquire

**CERTIFICATE OF SERVICE**

I hereby certify that the above Plaintiffs' Consented to Motion for an Extension of Time to File Agreement for Judgment was served upon counsel to defendant, Ronald W. Dunbar, at One Gateway Center, Newton, MA 02458 this 31st day of January, 2006.

/s/ Anne R. Sills
Anne R. Sills, Esquire

ARS/ars&ts
6306 03-294/motion-extime-agrjdg.doc