UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,
    Plaintiffs

vs.

A.C.T. ABATEMENT CORP.,
    Defendant

and

PEABODY CONSTRUCTION COMPANY,
    Reach-and-Apply Defendant

and

FLEET BANK,
    Trustee

C.A. No. 05-10147 RCL

**PARTIES' JOINT MOTION FOR EXTENSION OF TIME
TO FILE AGREEMENT FOR JUDGMENT**

Plaintiffs Paul J. McNally as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al and Defendant A.C.T. Abatement Corp. respectfully move this Court for an extension of time from February 14 to March 1, 2006 to file an Agreement for Judgment. As grounds therefore, plaintiffs state that 1) the parties are actively negotiating the terms of their settlement agreement and Agreement for Judgment but certain issues still require additional time to resolve;

2) counsel for Defendant will be out of state from February 18 – 28, 2006; 3) no party will be harmed by the extension and 4) it will conserve judicial resources by eliminating the need to rule on a Motion for Summary Judgment.

  Wherefore, the parties request that their Motion for an extension of time be granted.

                 Respectfully submitted,

                 PAUL J. McNALLY, as he is
                 TRUSTEE, MASSACHUSETTS
                 LABORERS' HEALTH AND WELFARE
                 FUND, et al,

                 By their attorneys,

                 /s/ Anne R. Sills
                 Anne R. Sills, Esquire
                 BBO #546576
                 Segal, Roitman & Coleman
                 11 Beacon Street
                 Suite #500
                 Boston, MA  02108
                 (617) 742-0208
                 asills@segalroitman.com


                 ACT ABATEMENT CORP.,

                 By their attorney,

                 /s/ Ronald W. Dunbar
                 Ronald W. Dunbar, Esquire
                 BBO # 567023
                 Dunbar & Rodman, LLP
                 One Gateway Center
                 Newton, MA  02458
                 (617) 244-3550

Dated:  February 14, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

  Counsel hereby certifies, in accordance with Rule 7.1(A)(2), that prior to filing Plaintiffs' Consented to Motion for Extension of Time to File Agreement for Judgment in this matter she

spoke with ACT Abatement Corp.'s attorney and the parties attempted in good faith to resolve or narrow the issue.

/s/ Anne R. Sills
Anne R. Sills, Esquire

**CERTIFICATE OF SERVICE**

I hereby certify that the above Parties' Joint Motion for Extension of Time to File Agreement for Judgment was served upon counsel to the defendant, Ronald W. Dunbar at Dunbar & Rodman, LLP, One Gateway Center, Newton, MA 02458 this 14th day of February, 2006.

/s/ Anne R. Sills
Anne R. Sills, Esquire

ARS/ars&ts
6306 03-294/motion-extime-agrjdg2.doc