UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, NEW ENGLAND LABORERS' TRAINING TRUST FUND; LOUIS MANDARINI, JR. as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND and MASSACHUSETTS LABORERS' DISTRICT COUNCIL, <br>                Plaintiffs <br><br> vs. <br><br> ACT ABATEMENT CORP., <br>                Defendant <br><br> and <br><br> PEABODY CONSTRUCTION CO., INC., <br>                Reach-and-Apply Defendant <br><br> and <br><br> DUNBAR & RODMAN, LLP, <br>                Trustee | C.A. No. 05-10147 RCL |

**EMERGENCY MOTION FOR AN ORDER OF**
**ATTACHMENT BY TRUSTEE PROCESS (WITH NOTICE)**

Now come the Plaintiffs Paul J. McNally, as he is Trustee, New England Laborers'

Training Trust Fund, et al., in the above-entitled matter and move this Court, pursuant to Rule 64

of the Federal Rules of Civil Procedure, G.L. c. 246, and Rule 4.2 of the Massachusetts Rules of

Civil Procedure, for an Emergency Order of Attachment by Trustee Process of Defendant ACT

Abatement Corp.'s ("ACT") counsel Dunbar & Rodman, LLP's Interest on Lawyers' Trust Account ("IOLTA"), subject to the statutory exemptions of M.G.L. c. 246 and Title II of the Federal Consumer Credit Protection Act, 15 U.S.C. §1673. Plaintiffs seek an attachment on the IOLTA account to the value of $87,179.34, which represents the value of a $95,679.34 check, minus agreed-upon attorneys' fees for Dunbar & Rodman, LLP of $8,500.00, which was, upon information and belief, recently received by Dunbar & Rodman, LLP and deposited into its IOLTA account. The Plaintiffs are entitled to payment of this $87,179.34 as consideration for a Settlement Agreement and Release entered into by the parties to the above-captioned matter with regard to work done by ACT on a specific project.

In support thereof, Plaintiffs state that there is a substantial likelihood that the Funds will recover a judgment in an amount equal to or greater than the amount of the attachment and that, upon information and belief, there is no liability insurance is available to satisfy the judgment the Plaintiffs will obtain.

In support of this Motion, plaintiffs rely on a Memorandum of Law and affidavits submitted herewith and other pleadings on file in this case.

    Respectfully submitted,

    PAUL J. McNALLY, as he is
    TRUSTEE, NEW ENGLAND
    LABORERS' TRAINING TRUST FUND,
    et al.,

    By their attorneys,

    /s/ Anne R. Sills
    Anne R. Sills, Esquire
    BBO #546576
    Gregory A. Geiman, Esquire
    BBO #655207
    Segal, Roitman & Coleman
    11 Beacon Street

                                                Suite #500
                                                Boston, MA 02108
                                                (617) 742-0208
                                                asills@segalroitman.com

Dated: February 2, 2007

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

      I hereby certify that I conferred with Defendant's counsel and attempted in good faith to resolve or narrow the issues.

                                                /s/ Anne R. Sills
                                                Anne R. Sills, Esquire

### CERTIFICATE OF SERVICE

      This is to certify that a copy of the above Emergency Motion for an Order of Attachment by Trustee Process (With Notice) has been served by first class mail upon the Defendant, ACT Abatement Corp. via its attorney Ronald Dunbar at Dunbar & Rodman, LLP, One Gateway Center, Newton, MA 02458 and upon Reach-and-Apply Defendant, Peabody Construction Co., Inc. via its attorney Myles Beltram at Domestico, Lane & McNamara, LLP, 161 Worcester Road, Framingham, MA 01701 this 2nd day of February, 2007.

                                                /s/ Anne R. Sills
                                                Anne R. Sills, Esquire

GAG/gag&ts
ARS 6306 03-294/motion-emergorder-tp3.doc