UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, NEW ENGLAND LABORERS' TRAINING TRUST FUND; LOUIS MANDARINI, JR. as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND and MASSACHUSETTS LABORERS' DISTRICT COUNCIL,<br>　　　　　Plaintiffs<br><br>　　　　　vs.<br><br>ACT ABATEMENT CORP.,<br>　　　　　Defendant<br><br>　　　　　and<br><br>PEABODY CONSTRUCTION CO., INC.,<br>　　　　　Reach-and-Apply Defendant<br><br>　　　　　and<br><br>DUNBAR & RODMAN, LLP,<br>　　　　　Trustee | C.A. No. 05-10147 RCL |

**AFFIDAVIT OF GREGORY A. GEIMAN**
**PURSUANT TO MASS. R. CIV. P. 4.2(g)**

　　　1.　　My name is Gregory A. Geiman. I am an attorney with the law firm of Segal,

Roitman & Coleman.

　　　2.　　This firm has been involved in efforts to collect fringe benefit contributions owed

the Massachusetts Laborers' Benefit Funds by ACT Abatement Corp.

2

3. I do not have knowledge of any liability insurance that will be available to satisfy any judgment against the Defendant in the above-captioned action.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 2nd DAY OF FEBRUARY, 2007.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above Affidavit of Gregory A. Geiman has been served by first class mail upon the Defendant, ACT Abatement Corp. via its attorney Ronald Dunbar at Dunbar & Rodman, LLP, One Gateway Center, Newton, MA 02458 and upon Reach-and-Apply Defendant, Peabody Construction Co., Inc. via its attorney Myles Beltram at Domestico, Lane & McNamara, LLP, 161 Worcester Road, Framingham, MA 01701 this 2nd day of February, 2007.

/s/ Anne R. Sills
Anne R. Sills, Esquire

GAG/gag&ts
ARS 6306 03-294/affgeiman3.doc