UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, NEW ENGLAND LABORERS' TRAINING TRUST FUND; LOUIS MANDARINI, JR. as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND and MASSACHUSETTS LABORERS' DISTRICT COUNCIL,<br>　　　　Plaintiffs<br><br>vs.<br><br>ACT ABATEMENT CORP.,<br>　　　　Defendant<br><br>and<br><br>PEABODY CONSTRUCTION CO., INC.,<br>　　　　Reach-and-Apply Defendant<br><br>and<br><br>DUNBAR & RODMAN, LLP,<br>　　　　Trustee | C.A. No. 05-10147 RCL |

**CERTIFICATE RE TRUSTEE PROCESS**

　　　I, Gregory A. Geiman, of the firm of Segal, Roitman & Coleman, attorneys for the Plaintiffs, do hereby certify that the above-entitled action was:

　　　1.　　in contract for personal services; and

　　　2.　　for money due under a contract in writing.

For the foregoing reasons, no bond is required to be filed under the provisions of Chapter 246, Section 1, of the General Laws of Massachusetts.

        Respectfully submitted,

        PAUL J. McNALLY, as he is
        TRUSTEE, NEW ENGLAND
        LABORERS' TRAINING TRUST FUND,
        et al.,

        By their attorneys,

        /s/ Gregory A. Geiman
        Anne R. Sills, Esquire
        BBO #546576
        Gregory A. Geiman, Esquire
        BBO #655207
        Segal, Roitman & Coleman
        11 Beacon Street
        Suite #500
        Boston, MA  02108
        (617) 742-0208
        ggeiman@segalroiman.com

Dated:  February 2, 2007

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Certificate Re Trustee Process has been served by first class mail upon the Defendant, ACT Abatement Corp. via its attorney Ronald Dunbar at Dunbar & Rodman, LLP, One Gateway Center, Newton, MA  02458 and upon Reach-and-Apply Defendant, Peabody Construction Co., Inc. via its attorney Myles Beltram at Domestico, Lane & McNamara, LLP, 161 Worcester Road, Framingham, MA  01701 this 2nd day of February, 2007.

        /s/ Anne R. Sills
        Anne R. Sills, Esquire

GAG/gag&ts
ARS 6306 03-294/certif.-re-tp3.doc