UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, NEW ENGLAND LABORERS' TRAINING TRUST FUND; LOUIS MANDARINI, JR. as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND and MASSACHUSETTS LABORERS' DISTRICT COUNCIL,<br>　　　　Plaintiffs<br><br>vs.<br><br>ACT ABATEMENT CORP.,<br>　　　　Defendant<br><br>and<br><br>PEABODY CONSTRUCTION CO., INC.,<br>　　　　Reach-and-Apply Defendant<br><br>and<br><br>DUNBAR & RODMAN, LLP,<br>　　　　Trustee | C.A. No. 05-10147 RCL |

**NOTICE OF DISMISSAL
OF TRUSTEE, DUNBAR & RODMAN, LLP**

　　Now come the plaintiffs, Paul J. McNally, as he is Trustee, New England Laborers'

Training Trust Fund, et al pursuant to Rule 41(a)(1), Fed.R.Civ.P., to notify the Court that

plaintiffs' claim against Trustee Dunbar & Rodman, LLP is dismissed with prejudice and without costs.

                Respectfully submitted,

                PAUL J. McNALLY, as he is
                TRUSTEE, NEW ENGLAND
                LABORERS' TRAINING TRUST FUND,
                et al.,

                By their attorneys,

                /s/ Anne R. Sills
                Anne R. Sills, Esquire
                BBO #546576
                Gregory A. Geiman
                BBO #655207
                Segal, Roitman & Coleman
                11 Beacon Street
                Suite #500
                Boston, MA  02108
                (617) 742-0208
                asills@segalroitman.com

Dated:  February 13, 2007

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the above Notice of Dismissal has been served by first class mail upon the Defendant, ACT Abatement Corp. via its attorney Ronald W. Dunbar, Jr. at Dunbar & Rodman, LLP, One Gateway Center, Suite #405, Newton, MA  02458 and upon Reach-and-Apply Defendant, Peabody Construction Co., Inc. via its attorney Myles C. Beltram at Domestico, Lane & McNamara, LLP, 161 Worcester Road, Framingham, MA  01701 this 13th day of February, 2007.

                /s/ Anne R. Sills
                Anne R. Sills, Esquire

ARS/ars&ts
6306 03-294/notice-dismissal.doc