UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                               )
PAUL J. McNALLY, as he is TRUSTEE,  )
NEW ENGLAND LABORERS' TRAINING )
TRUST FUND; LOUIS MADARINI, JR. as  )
He is TRUSTEE, MASSACHUSETTS   )
LABORERS'HEALTH AND WELFARE FUND and)
JAMES MERLONI, JR. as he is    )
TRUSTEE, MASSACHUSETTS LABORERS'   )
PENSION FUND and MASSACHUSETTS )
LEGAL SERVICES FUND;           )
MARTIN F. WALSH, as he is      )
TRUSTEE, MASSACHUSETTS LABORERS'   )
ANNUITY FUND and MASSACHUSETTS .)
LABORERS' DISTRICT COUNCIL     )
     Plaintiffs,               )
v.                             )   C.A. NO. 05-10147RCL
                               )
A.C.T. ABATEMENT CORP.         )
     Defendant,                )
and                            )
                               )
PEABODY CONSTRUCTION CO., INC. )
     Reach and Apply Defendant )
                               )
and                            )
                               )
DUNBAR & RODMAN, LLP,          )
     Trustee.                  )
_____)
```

## STIPULATION OF PARTIAL DISMISSAL
## WITH PREJUDICE

All parties to this action, through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate and agree that Count IV, Reach-and-Apply Against Peabody Construction Company, is dismissed, with prejudice, and without costs to any party. All rights of appeal are hereby waived.

Respectfully submitted,

| | |
|---|---|
| Plaintiff,<br>Paul J. McNally, as he is<br>Trustee, New England<br>Laborers' Training Trust<br>Fund, et al<br>By his Attorney, | Reach and Apply Defendant,<br>Peabody Construction Co., Inc.<br>By its Attorneys |
| /s/ Anne R. Sills<br>Anne R. Sills<br>BBO No. 546576<br>Segal, Roitman & Coleman<br>11 Beacon Street, Suite #500<br>Boston, MA 02108<br>617) 742-0208 | /s/ Myles C. Beltram<br>John J. McNamara<br>BBO #557882<br>Myles C. Beltram<br>BBO #628339<br>DOMESTICO, LANE & MCNAMARA, LLP<br>161 Worcester Road<br>Framingham, MA  01701<br>(508) 626-9000 |

**Defendant,**
A.C.T. Abatement Corporation
By its Attorney,


/s/ Ronald W. Dunbar, Jr.
Ronald W. Dunbar, Jr., Esquire
BBO #567023
Dunbar & Rodman, LLP
One Gateway Center – Suite 405
Newton,  MA  02458
(617) 244-3550


<u>CERTIFICATE OF SERVICE</u>

   I, Myles C. Beltram, hereby certify that documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 16, 2007.

                         /s/ Myles C. Beltram
                         Myles C. Beltram