**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

PAUL J. McNALLY, as he is TRUSTEE,
NEW ENGLAND LABORERS' TRAINING TRUST
FUND; LOUIS MANDARINI, JR. as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND; JAMES MERLONI, JR., as he is
TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL
SERVICES FUND; MARTIN F. WALSH, as he is
TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND and MASSACHUSETTS
LABORERS' DISTRICT COUNCIL,                                    C.A. No. 05-10147 RCL
          Plaintiffs

          vs.

ACT ABATEMENT CORP.,
          Defendant

          and

PEABODY CONSTRUCTION CO., INC.,
          Reach-and-Apply Defendant

          and

DUNBAR & RODMAN, LLP,
          Trustee

## PLAINTIFFS' MOTION TO WITHDRAW EMERGENCY MOTION FOR AN ORDER OF ATTACHMENT BY TRUSTEE PROCESS, FILED ON FEBRUARY 2, 2007

      Plaintiffs Paul J. McNally, as he is Trustee, New England Laborers' Training Trust Fund,

*et al.*, herein respectfully move this honorable Court to withdraw Plaintiffs' Emergency Motion

for an Order of Attachment by Trustee Process, filed on February 2, 2007.  As grounds therefore,

Plaintiffs state as follows:

1.    The funds being held in the IOLTA account of Trustee Dunbar & Rodman, LLP which were the subject of the Plaintiffs' Emergency Motion have since been released to the Plaintiffs per an earlier agreement with the Defendant.  As a result, the Emergency Motion is no longer necessary.  The Plaintiffs filed a Voluntary Notice of Dismissal as to Trustee Dunbar & Rodman, LLP on February 13, 2007.

WHEREFORE, Plaintiffs respectfully move this honorable Court to withdraw Plaintiffs' Emergency Motion for an Order of Attachment by Trustee Process, filed on February 2, 2007.

Respectfully submitted,

PAUL J. McNALLY, as he is
TRUSTEE, NEW ENGLAND
LABORERS' TRAINING TRUST FUND,
et al.,

By their attorneys,

/s/ Anne R. Sills
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208
asills@segalroitman.com

Dated:  February 21, 2007

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above document has been served by first class mail upon the Defendant, ACT Abatement Corp. via its attorney Ronald W. Dunbar, Jr. at Dunbar & Rodman, LLP, One Gateway Center, Suite #405, Newton, MA  02458 this 21st day of February, 2007.

/s/ Anne R. Sills
Anne R. Sills, Esquire

GAG/gag&ts
ARS 6306 03-294/motion-withdraw.doc

2