UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, NEW ENGLAND LABORERS' TRAINING TRUST FUND; LOUIS MANDARINI, JR. as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND and MASSACHUSETTS LABORERS' DISTRICT COUNCIL,<br>          Plaintiffs<br><br>vs.<br><br>ACT ABATEMENT CORP.,<br>          Defendant<br><br>and<br><br>PEABODY CONSTRUCTION CO., INC.,<br>          Reach-and-Apply Defendant<br><br>and<br><br>DUNBAR & RODMAN, LLP,<br>          Trustee | C.A. No. 05-10147 RCL |

## VERIFIED REQUEST TO ENTER DEFAULT

Plaintiffs Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al, request the Clerk to enter the default of ACT Abatement Corp. (hereinafter "ACT"). This request is made pursuant to Rule 55(a), Fed.R.Civ.P. In support of this request, the Plaintiffs say:

    1)    This action was filed on January 25, 2005.

2) An Amended Complaint was filed on February 2, 2007. Counsel for Defendant was served electronically. See Notice of Electronic Filing attached hereto as Exhibit 1.

3) Thereafter Reach-and-Apply Defendant Peabody Construction Co. and Trustee Dunbar & Rodman LLP were dismissed with prejudice and without costs.

4) To date, ACT has never filed an Answer or a responsive pleading to the Amended Complaint.

WHEREFORE, plaintiffs seek the entry of Default in this matter.

> Respectfully submitted,
>
> PAUL J. McNALLY, as he is
> TRUSTEE, MASSACHUSETTS
> LABORERS' HEALTH AND WELFARE
> FUND, *et al.*,
>
> By their attorneys,
>
> /s/ Anne R. Sills
> Anne R. Sills, Esquire
> BBO #546576
> Gregory A. Geiman
> BBO #655207
> Segal, Roitman & Coleman
> 11 Beacon Street, Suite #500
> Boston, MA  02108
> (617) 742-0208
> asills@segalroitman.com

Dated:  June 27, 2006

## VERIFICATION

I, Anne R. Sills, verify that I have read this Verified Request to Enter Default and that the facts set out in the Request are true to the best of my knowledge and belief.

> /s/ Anne R. Sills
> Anne R. Sills, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this Verified Request to Enter Default filed through the ECF System

2

will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) including the Defendant's attorney, William R. Bagley, Jr. on this 27th day of June, 2007.

/s/ Anne R. Sills
Anne R. Sills, Esquire

ARS/ars&ts
6306 03-294/verreqdf.doc

**Complaints and Other Initiating Documents**
1:05-cv-10147-RCL McNally et al v. A.C.T. Abatement Corp. et al

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Sills, Anne R. entered on 2/2/2007 at 3:47 PM EST and filed on 2/2/2007

**Case Name:** McNally et al v. A.C.T. Abatement Corp. et al
**Case Number:** 1:05-cv-10147
**Filer:** New England Laborers' Training Trust Fund
Massachusetts Laborers' District Council
Massachusetts Laborers' Pension Fund
Massachusetts Laborers' Health and Welfare Fund
New England Laborers' Training Trust Fund
Martin F. Walsh
Massachusetts Legal Services Fund
Paul J. McNally
James Merloni, Jr
Massachusetts Laborers' Annuity Fund
Louis Mandarini, Jr

**Document Number:** 20

**Docket Text:**
AMENDED COMPLAINT against ACT Abatement Corp., Peabody Construction Co., Inc. *(Leave to File Granted on February 1, 2007)*, filed by Louis Mandarini, Jr, Massachusetts Laborers' District Council, New England Laborers' Training Trust Fund, James Merloni, Jr, Massachusetts Laborers' Pension Fund, Massachusetts Legal Services Fund, Martin F. Walsh, Massachusetts Laborers' Annuity Fund, Paul J. McNally, Massachusetts Laborers' Health and Welfare Fund, New England Laborers' Training Trust Fund. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D# (5) Exhibit E# (6) Exhibit F# (7) Exhibit G# (8) Exhibit H# (9) Exhibit I# (10) Exhibit J# (11) Exhibit K# (12) Exhibit L# (13) Exhibit M)(Sills, Anne)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/2/2007] [FileNumber=1749946-0]
[6bfd2e0c72cb1bf4f4fc07c85e42b8f9bd63a1d1e3f140cc074e20e4af29e10ec9cb
48fd518f7a7bf830ad0981d4829e583497013ba1b77b88ee92b801af1f9d]]
**Document description:** Exhibit A
**Original filename:** yes
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1029851931 [Date=2/2/2007] [FileNumber=1749946-1]
[b70f9908d2d0e9cef996ec771b1ae2268f50fd5f4babfeff72f28992139b82086208
2bb732b498d04ece9f4b7fcc8205c0f8354090fea8cf9af94f0d6d505fd5]]
**Document description:**Exhibit B
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/2/2007] [FileNumber=1749946-2]
[b8cdc90fada26bb2ccc870b5277b38e8ea14d7bd374e092742cc7611fd7db8ad0e95
7cda1b5f222315b7c0009ee7c86a4443ca862df29c21f9129dc1b3e6dfc8]]
**Document description:**Exhibit C
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/2/2007] [FileNumber=1749946-3]
[9f95a2d71c60dec88ff866fbcf07cdd911c8e6f6e62499a2dd1f6451603df85d5ea0
0db7f2662250fd351fb51b9c4210609f43ae9e23e93de52f1725227886a1]]
**Document description:**Exhibit D
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/2/2007] [FileNumber=1749946-4]
[181eaf98a6978a9b815770292c25294a3cb5603653d414da16f0e1a236aa63e98a68
f7af8b73b2c46ed84ca2a52e6a31ad8b23afc38c1007de50585b48b30f77]]
**Document description:**Exhibit E
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/2/2007] [FileNumber=1749946-5]
[2e565b830cf5e5fdcb531bd2ace07d910c794b3aa2b545d1bca19f1381fdbcf03583
3631163fa67128dbcd39cd908bb08af5004b9930c3e9fc943843c553a707]]
**Document description:**Exhibit F
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/2/2007] [FileNumber=1749946-6]
[b7eb6ad2060c210516b2029d37227d6fd3275b6b31b2c2c77cb748f616e93a89fc02
6f8238c5571e263efa44d978340c0f0f76a215bce6976c51557377653180]]
**Document description:**Exhibit G
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/2/2007] [FileNumber=1749946-7]
[60ed73dba43571c73ccb5f51d5b9d7fd3ff94338ec82d33afbf5b721bac52040136f
609200ab7e97a9803d96d6b2b6bbc6a552dca659aa0d8bc5af4513cfc69d]]
**Document description:**Exhibit H
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/2/2007] [FileNumber=1749946-8]
[708c9fe1ac5170e2a421d1b79d9ed3bdda04e9ca974d1e69940c7cb14cf5f8f2dbb7
a7a904f47a9bcc325439c2caadd99879e0d13d2fb9b93e8d03176e5439a8]]
**Document description:**Exhibit I
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/2/2007] [FileNumber=1749946-9]
[d1cf2629efab3332b1d19a76fdf67baa9c8a0e6e8b29c90cf35ab3b3de49c4b5d901
a315de59641a8a8fb700649c19ee95794e336416224d966bb1aa4a6519b8]]

CM/ECF CUSDC Massachusetts - Linux Version 2.5   Case 1:05-cv-10147-RCL   Document 28-2   Filed 06/27/2007   Page 3 of 3   Page 3 of 3

**Document description:** Exhibit J
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/2/2007] [FileNumber=1749946-10
] [7d9bcf5630dd41ce5ad55a1f3f1305ecc73c3c2b0a66e4f61ce8bd42236f1b6ae2c
db78a23da3aadbe13f23e18c58066e89ba3c901b97621c8ed7ad46ed75276]]
**Document description:** Exhibit K
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/2/2007] [FileNumber=1749946-11
] [85ba8b66c8539dfb93bd1f8b21d32fd18e738a4f92673deca1fa22b6bfa853ac526
d58bfef4f28848b5f095e577a38fa778b6196d12c95989189ef9d1605e9e9]]
**Document description:** Exhibit L
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/2/2007] [FileNumber=1749946-12
] [d2c2b26f9c1c139328d812dcda01c6dd4489cfabf144d17ccf785e0aff17efa4747
1994fde3d0f2f013b34873799ee1dd59b8af17d6195e1147e2e24fd94d650]]
**Document description:** Exhibit M
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/2/2007] [FileNumber=1749946-13
] [c8fdaf27d01b3df8f786739c85675f5db95fe20d9292f3ffe2ff7832cc368479134
d4d7028025dcbd6436a632be5bfd11eb6a6c75cfaed7964573c9d4690d624]]

**1:05-cv-10147 Notice will be electronically mailed to:**

William R. Bagley , Jr    bagley@dunbarrodman.com

Myles C. Beltram    mbeltram@dlandm.com

Gregory A Geiman    ggeiman@segalroitman.com, tsullivan@segalroitman.com; sgillin@segalroitman.com

John J. McNamara    jmcnamara@dlandm.com

Anne R. Sills    asills@segalroitman.com, tsullivan@segalroitman.com; sgillin@segalroitman.com

**1:05-cv-10147 Notice will not be electronically mailed to:**

Ronald William Dunbar
Dunbar & Rodman LLP
Sutie 405
One Gateway Center
Newton, MA 02458

https://ecf.mad.uscourts.gov/cgi-bin/Dispatch.pl?936593275129011    2/2/2007