UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                     )
PAUL J. MCNALLY, as he is            )
TRUSTEE, MASSACHUSETTS LABORERS'     )
WELFARE FUND and NEW ENGLAND         )
LABORERS' TRAINING FUND, et al.      )
        Plaintiffs                   )   Civil Action No.
                                     )   05-cv-10147-RCL
                                     )
                                     )
v.                                   )
                                     )
A.C.T. ABATEMENT CORP.,              )
        Defendant                    )
            and                      )
                                     )
PEABODY CONSTRUCTION COMPANY,        )
        Reach-and-Apply Defendant    )
            And                      )
                                     )
FLEET BANK,                          )
        Trustee                      )
_____)
```

**<u>DEFENDANT ACT ABATEMENT CORP.'S
ANSWER TO AMENDED COMPLAINT</u>**

    1.   This paragraph contains no allegations with respect to the Defendant, A.C.T. Abatement Corp. ("ACT") and, therefore, no response is required.

    2.   This paragraph contains no allegations with respect to ACT and, therefore, no response is required.

    3.   ACT is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 3.

4. ACT is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 4.

5. ACT is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 5.

6. ACT is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 6.

7. ACT is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 7.

8. ACT is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 8.

9. ACT is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 9.

10. ACT admits the allegations contained in paragraph 10.

11. ACT is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 11.

12. ACT denies the allegations contained in paragraph 12.

13. ACT admits that it signed the agreements and states that the agreements speak for themselves.

14. ACT admits the allegations contained in paragraph 14.

15. ACT states that the agreements speak for themselves.

16. ACT states that the agreement speak for itself.

17. ACT admits that an audit was conducted. ACT is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 17.

18. ACT states that the agreement speak for itself.

19. ACT admits that it made payments to the Funds and cooperated with the Funds. ACT is without knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 19.

20. ACT admits the allegations contained in paragraph 20.

21. ACT states that the letter speak for itself.

22. ACT admits that an audit was conducted. ACT is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 22.

23. ACT admits the allegations contained in the first, third and fourth sentences of paragraph 23. ACT denies the allegations contained in the second sentence. ACT is without knowledge or information sufficient to form a belief as to the allegations contained in the last sentence of paragraph 23. With respect to the letter, ACT states that it speaks for itself.

24. ACT admits the allegations contained in paragraph 24.

25. ACT is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 25. By way of further answer, ACT states that the letters speak for themselves.

26. ACT admits the allegations contained in paragraph 26 and states that the letter speaks for itself.

27.   ACT is without knowledge or information sufficient to form a belief as to the allegations contained in the first sentence of paragraph 27. By way of further answer, ACT states that the letter speaks for itself.

28.   ACT is without knowledge or information sufficient to form a belief as to the allegations contained in paragraph 25. By way of further answer, ACT states that the letters speak for themselves.

29.   ACT admits the allegations contained in the first sentence of paragraph 29.  ACT is without knowledge or information sufficient to form a belief as to the allegations contained in the last sentence of paragraph 29.  With respect to the letter, ACT states that it speaks for itself.

30.   ACT admits the allegations contained in paragraph 30.

31.   ACT admits the allegations contained in the first sentence of paragraph 31.  ACT is without knowledge or information sufficient to form a belief as to the allegations contained in the second sentence of paragraph 31.  With respect to the letter, ACT states that it speaks for itself.

32.   ACT is without knowledge or information sufficient to form a belief as to the allegations contained in the first sentence of paragraph 32.  ACT admits the allegations contained in the second sentence of paragraph 32.  With respect to the emails, ACT states that they speak for themselves.

33.   ACT denies the allegations contained in paragraph 33.

34.   ACT admits that an audit was conducted, and states that the audit speaks for itself.  ACT is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

35.   ACT repeats and realleges paragraphs 1 through 34 above.

36.   Paragraph 36 contains legal conclusions to which no response is required.

37.   ACT is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37.

38.   ACT repeats and realleges paragraphs 1 through 37 above.

39.   Paragraph 39 contains legal conclusions to which no response is required.

40.   ACT repeats and realleges paragraphs 1 through 39 above.

41.   Paragraph 41 contains legal conclusions to which no response is required.

42.   ACT repeats and realleges paragraphs 1 through 41 above.

43.  ACT admits the allegations contained in the first two sentences of paragraph 43.  The third sentence of paragraph 43 contains legal conclusions to which no response is required.

44.  Paragraph 44 contains legal conclusions to which no response is required.

The WHEREFORE provision contains a prayer for relief to which no response is required.

### **AFFIRMATIVE DEFENSES**

#### Payment

Since the filing of the Complaint ACT has made substantial payments to the Fund for amounts owed.

**ACT DEMANDS A TRIAL BY JURY ON ALL COUNTS SO TRIABLE.**

                                          A.C.T. Abatement Corp.

                                          By its attorney,

Dated: June 27, 2007                /s/ Ronald W. Dunbar, Jr.
Ronald W. Dunbar, Jr., BBO#567023
William R. Bagley Jr. BBO#644575
DUNBAR | RODMAN LLP
10 High Street, Suite 700
Boston, MA 02110
(617)244-3550

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 27, 2007.

                                              /s/ William R. Bagley Jr.
                                              William R. Bagley Jr.