## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE,
NEW ENGLAND LABORERS' TRAINING TRUST
FUND; LOUIS MANDARINI, JR. as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND; JAMES MERLONI, JR., as he is
TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL
SERVICES FUND; MARTIN F. WALSH, as he is
TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND and MASSACHUSETTS
LABORERS' DISTRICT COUNCIL,
          Plaintiffs

        vs.

ACT ABATEMENT CORP.,
          Defendant

      and

PEABODY CONSTRUCTION CO., INC.,
          Reach-and-Apply Defendant

      and

DUNBAR & RODMAN, LLP,
          Trustee.

C.A. No. 05-10147 RCL

## MOTION FOR ATTACHMENT OF PERSONAL PROPERTY OF DEFENDANT, OR IN THE ALTERNATIVE, FOR A PRELIMINARY INJUNCTION ENJOINING THE DISBURSEMENT OF THE PROCEEDS OF THE SALE OF PERSONAL PROPERTY (WITH NOTICE)

Now come the Plaintiffs in the above-entitled matter and move this Court, pursuant to

Rule 64, Fed.R.Civ.P., M.G.L. c. 223, and Rule 4.1, Mass.R.Civ.P., for an order to attach

personal property of the Defendant A.C.T. Abatement Corp. ("ACT") to the value of

$235,057.94, representing fringe benefit contributions owed the Plaintiffs by ACT along with underpayments and interest on late-paid contributions, statutory interest, liquidated damages, and attorney's fees and costs to which the Plaintiffs are entitled pursuant to Section 502(g)(2) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA").  29 U.S.C. §1132(g)(2).

In support thereof, Plaintiffs state they are reasonably likely to recover judgment in an amount equal to or greater than the amount of the attachment over and above any liability insurance shown by ACT to be available to satisfy the judgment.

Alternatively, Plaintiffs seek a preliminary injunction enjoining ACT from distributing the proceeds of any sale of the items of personal property which the Funds seek to attach by the instant Motion.

In support of this Motion, plaintiffs rely on a Memorandum of Law submitted herewith and the Affidavits of Philip M. Mackay and Gregory A. Geiman, and other pleadings on file in this case.

Respectfully submitted,

PAUL J. McNALLY, as he is
TRUSTEE, NEW ENGLAND
LABORERS' TRAINING TRUST FUND,
*et al.*,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

(617) 742-0208
ggeiman@segalroitman.com

Dated:  September 10, 2007

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that Plaintiffs' counsel corresponded with Defendant's counsel and attempted in good faith to resolve or narrow the issues.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above Motion for Attachment of Personal Property of Defendant, or in the Alternative, for a Preliminary Injunction Enjoining the Disbursement of the Proceeds of the Sale of Personal Property (With Notice) has been served by first class mail upon the Defendant, ACT Abatement Corp. via its attorney Ronald Dunbar at Dunbar & Rodman, LLP, One Gateway Center, Newton, MA  02458 this 10th day of September, 2007.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 03-294/motion-attach-pp-pi2.doc