## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE,
NEW ENGLAND LABORERS' TRAINING TRUST
FUND; LOUIS MANDARINI, JR. as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND; JAMES MERLONI, JR., as he is
TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL
SERVICES FUND; MARTIN F. WALSH, as he is
TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND and MASSACHUSETTS
LABORERS' DISTRICT COUNCIL,                          C.A. No. 05-10147 RCL
         Plaintiffs

        vs.

ACT ABATEMENT CORP.,
         Defendant

        and

PEABODY CONSTRUCTION CO., INC.,
         Reach-and-Apply Defendant

        and

DUNBAR & RODMAN, LLP,
         Trustee

## WRIT OF ATTACHMENT

      To the United States Marshal of the District of Massachusetts or either of his Deputies,

and to Norfolk County Sheriffs' Office, Special Process Server appointed by the Court;

      GREETINGS:  In an action filed in this Court January 25, 2005 in which the Plaintiffs

are Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, *et al.*,

whose attorney is Gregory A. Geiman of Segal, Roitman & Coleman of 11 Beacon Street, Suite

500, Boston, Massachusetts 02108, we command you to attach the personal property of the

Defendant A.C.T. Abatement Corp. in accordance with the following directions and/or

limitations (if any):  to the value of $235,057.94, and to make due return of this writ with your

doings thereon into said Court.

This attachment was approved on September _____, 2007 by the Honorable Reginald C.

Lindsay in the amount of $_____.

DATED AT BOSTON, MASSACHUSETTS THIS _____ DAY OF SEPTEMBER,

2007.

_____
The Honorable Reginald C. Lindsay
United States District Court

GAG/gag&ts
ARS 6306 03-294/writ-attach.doc