UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. MCNALLY, as he is ) <br> TRUSTEE, MASSACHUSETTS LABORERS' ) <br> WELFARE FUND and NEW ENGLAND ) <br> LABORERS' TRAINING FUND, et al. ) <br>     Plaintiffs ) <br> ) <br> ) <br> v. ) <br> ) <br> A.C.T. ABATEMENT CORP., ) <br>     Defendant ) <br>         and ) <br> ) <br> PEABODY CONSTRUCTION COMPANY, ) <br>     Reach-and-Apply Defendant ) <br>         And ) <br> ) <br> FLEET BANK, ) <br>     Trustee ) <br> ) | Civil Action No. <br> 05-cv-10147-RCL |

NOTICE OF APPEARANCE

Please enter the appearance of Andrew Goloboy, Esquire as counsel for A.C.T. Abatement Corp. in the above entitled action.

> Respectfully submitted,
>
> A.C.T. ABATEMENT CORP.
>
> By its attorneys,
>
> /s/ Andrew Goloboy
> Andrew E. Goloboy, BBO#663514
> DUNBAR | RODMAN
> 10 High Street, Suite 700
> Boston, MA 02110
> (617) 244-3550

## CERTIFICATE OF SERVICE

      I hereby certify that the above Notice Of Appearance filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 24, 2007.

                                                /S/ Andrew E. Goloboy
                                                  Andrew E. Goloboy