UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. MCNALLY, as he is )<br>TRUSTEE, MASSACHUSETTS LABORERS' )<br>WELFARE FUND and NEW ENGLAND )<br>LABORERS' TRAINING FUND, et al. )<br>      Plaintiffs )<br>)<br>)<br>v. )<br>)<br>A.C.T. ABATEMENT CORP., )<br>      Defendant )<br>        and )<br>)<br>PEABODY CONSTRUCTION COMPANY, )<br>      Reach-and-Apply Defendant )<br>        And )<br>)<br>FLEET BANK, )<br>      Trustee )  | Civil Action No.<br>05-cv-10147-RCL |

**DEFENDANT, A.C.T. ABATEMENT CORP.'S,
OPPOSITION TO PLAINTIFFS' MOTION FOR ATTACHMENT OF
PERSONAL PROPERTY OF DEFENDANT, OR IN THE ALTERNATIVE,
FOR A PRELIMINARY INJUNCTION ENJOINING THE DISBURSEMENT OF
THE PROCEEDS OF THE SALE OF PERSONAL PROPERTY (WITH NOTICE)**

Now comes the Defendant, A.C.T. Abatement Corp. ("ACT") and hereby opposes the Plaintiffs' Motion for Attachment of Personal Property of Defendant, or in the Alternative, for a Preliminary Injunction Enjoining the Disbursement of the Proceeds of the Sale of Personal Property (With Notice) ("Motion For Attachment"). ACT opposes the Motion For Attachment because it is premature. The Plaintiffs are scheduled to hold an audit of ACT on Wednesday, September 26, 2007, to determine the actual amounts, if any, owed – only after the audit would it

be appropriate and consistent with the Court's instructions for the Plaintiffs to file the Motion For Attachment. In support of its Opposition, ACT submits a Memorandum of Law in Support of its Opposition.

 WHERFORE, the Defendants hereby move that this Honorable Court enter an Order denying the Plaintiffs' Motion for Attachment of Personal Property of Defendant, or in the Alternative, for a Preliminary Injunction Enjoining the Disbursement of the Proceeds of the Sale of Personal Property (With Notice).

            A.C.T. Abatement Corp.

            By its attorney,

Dated: September 24, 2007      /s/ Andrew E. Goloboy
            Ronald W. Dunbar, Jr., BBO#567023
            William R. Bagley Jr. BBO#644575
            Andrew E. Goloboy, BBO#663514
            DUNBAR | RODMAN
            10 High Street, Suite 700
            Boston, MA 02110
            (617)244-3550

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 24, 2007.

                /s/ Andrew E. Goloboy
                Andrew E. Goloboy