UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. MCNALLY, as he is <br> TRUSTEE, MASSACHUSETTS LABORERS' <br> WELFARE FUND and NEW ENGLAND <br> LABORERS' TRAINING FUND, et al. <br>     Plaintiffs <br><br> v. <br><br> A.C.T. ABATEMENT CORP., <br>     Defendant <br>     and <br><br> PEABODY CONSTRUCTION COMPANY, <br>     Reach-and-Apply Defendant <br>     And <br><br> FLEET BANK, <br>     Trustee | Civil Action No. <br> 05-cv-10147-RCL |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT, A.C.T. ABATEMENT CORP.'S, OPPOSITION TO PLAINTIFFS' MOTION FOR ATTACHMENT OF PERSONAL PROPERTY OF DEFENDANT, OR IN THE ALTERNATIVE, FOR A PRELIMINARY INJUNCTION ENJOINING THE DISBURSEMENT OF THE PROCEEDS OF THE SALE OF PERSONAL PROPERTY (WITH NOTICE)**

The Defendant, A.C.T. Abatement Corp. ("ACT") hereby submits this Memorandum of Law in Support of its Opposition to the Plaintiffs' Motion for Attachment of Personal Property of Defendant, or in the Alternative, for a Preliminary Injunction Enjoining the Disbursement of the Proceeds of the Sale of Personal Property (With Notice)("Motion For Attachment"). ACT opposes the Motion For Attachment because it is premature. The Plaintiffs are scheduled to hold an audit of ACT on Wednesday, September 26, 2007, to determine the actual amounts, if any,

owed – only after the audit would it be appropriate and consistent with the Court's instructions for the Plaintiffs to file the Motion For Attachment.

The Plaintiffs' Motion For Attachment is premature and inconsistent with this Court's previous instructions. On August 22, 2007, the Court conducted a scheduling conference. At the scheduling conference, the Court instructed the Plaintiffs to conduct an audit of ACT. Following the audit, if appropriate, the Court would then entertain a Motion for Attachment by the Plaintiffs. The audit has not occurred. The audit is scheduled for Wednesday, September 26, 2007. Following the audit, the parties will be able to verify what, if any, amounts are owed by ACT to the Plaintiffs. Since the audit has not yet occurred, the Plaintiffs' Motion For Attachment is premature and should be denied.

WHERFORE, the Defendants and hereby move that this Honorable Court enter an Order denying the Plaintiffs' Motion for Attachment of Personal Property of Defendant, or in the Alternative, for a Preliminary Injunction Enjoining the Disbursement of the Proceeds of the Sale of Personal Property (With Notice).

A.C.T. Abatement Corp.

By its attorney,

Dated: September 24, 2007
        /s/ Andrew E. Goloboy
Ronald W. Dunbar, Jr., BBO#567023
William R. Bagley Jr. BBO#644575
Andrew E. Goloboy, BBO#663514
DUNBAR | RODMAN
10 High Street, Suite 700
Boston, MA 02110
(617)244-3550

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 24, 2007.

                /s/ Andrew E. Goloboy
                Andrew E. Goloboy