UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. MCNALLY, as he is ) <br> TRUSTEE, MASSACHUSETTS LABORERS' ) <br> WELFARE FUND and NEW ENGLAND ) <br> LABORERS' TRAINING FUND, et al. ) <br>     Plaintiffs ) <br> ) <br> ) <br> v. ) <br> ) <br> A.C.T. ABATEMENT CORP., ) <br>     Defendant ) <br>         and ) <br> ) <br> PEABODY CONSTRUCTION COMPANY, ) <br>     Reach-and-Apply Defendant ) <br>         And ) <br> ) <br> FLEET BANK, ) <br>     Trustee ) <br> ) | Civil Action No. <br> 05-cv-10147-RCL |

### DEFENDANT, A.C.T. ABATEMENT CORP.'S, MOTION FOR LEAVE OF COURT TO FILE A SUPPLEMENT TO ITS OPPOSITION TO THE PLAINTIFFS' MOTION FOR ATTACHMENT OF PERSONAL PROPERTY OF DEFENDANT, OR IN THE ALTERNATIVE, FOR A PRELIMINARY INJUNCTION ENJOINING THE DISBURSEMENT OF THE PROCEEDS OF THE SALE OF PERSONAL PROPERTY (WITH NOTICE)

The defendant, A.C.T. Abatement Corp. ("ACT") hereby requests that it be permitted to file a Supplement to its Opposition to the Plaintiffs' Motion for Attachment of Personal Property of Defendant, or in the Alternative, for a Preliminary Injunction Enjoining the Disbursement of the Proceeds of the Sale of Personal Property (With Notice) ("Motion for Attachment"). A copy of Defendant's Supplement to its Opposition is attached hereto as Exhibit A. As grounds for this Motion, ACT states the following:

1. ACT's Opposition to the Plaintiffs' Motion for Attachment is based on an audit that was scheduled for September 26, 2007. After filing its Opposition, the date that the audit was scheduled to take place was rescheduled, making the information provided to the Court inaccurate.

2. The supplemental information provided will assist the Court.

For these reasons, ACT hereby requests that this Court permit it to file a Supplement to its Opposition to Plaintiffs' Motion for Attachment of Personal Property of Defendant, or in the Alternative, for a Preliminary Injunction Enjoining the Disbursement of the Proceeds of the Sale of Personal Property (With Notice).

                    A.C.T. Abatement Corp.

                    By its attorney,

Dated: September 26, 2007              /s/ William R. Bagley Jr.
Ronald W. Dunbar, Jr., BBO#567023
William R. Bagley Jr. BBO#644575
Andrew E. Goloboy, BBO#663514
DUNBAR | RODMAN
10 High Street, Suite 700
Boston, MA 02110
(617)244-3550

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 26, 2007.

                                                /s/ William R. Bagley Jr.
                                         William R. Bagley Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL J. MCNALLY, as he is<br>TRUSTEE, MASSACHUSETTS LABORERS'<br>WELFARE FUND and NEW ENGLAND<br>LABORERS' TRAINING FUND, et al.<br>　　　　Plaintiffs<br><br>v.<br><br>A.C.T. ABATEMENT CORP.,<br>　　　　Defendant<br>　　　　　　and<br><br>PEABODY CONSTRUCTION COMPANY,<br>　　　　Reach-and-Apply Defendant<br>　　　　　　And<br><br>FLEET BANK,<br>　　　　Trustee | Civil Action No.<br>05-cv-10147-RCL |

**DEFENDANT, A.C.T. ABATEMENT CORP.'S, SUPPLEMENT TO ITS OPPOSITION TO PLAINTIFFS' MOTION FOR ATTACHMENT OF PERSONAL PROPERTY OF DEFENDANT, OR IN THE ALTERNATIVE, FOR A PRELIMINARY INJUNCTION ENJOINING THE DISBURSEMENT OF THE PROCEEDS OF THE SALE OF PERSONAL PROPERTY (WITH NOTICE)**

Now comes the Defendant, A.C.T. Abatement Corp. ("ACT") and hereby supplements its Opposition to the Plaintiffs' Motion for Attachment of Personal Property of Defendant, or in the Alternative, for a Preliminary Injunction Enjoining the Disbursement of the Proceeds of the Sale of Personal Property (With Notice) ("Motion for Attachment"). On September 10, 2007, Plaintiffs' filed their Motion for Attachment. On September 14, 2007 ACT filed its Opposition to the Plaintiffs' Motion for Attachment. As grounds in support of ACT's Opposition, ACT

informed the Court that an audit was scheduled to take place on September 26, 2007 so that the Plaintiffs' Motion for Attachment was premature and should come subsequent to the results of the audit. ACT files this supplement to its Opposition as a result of a change in scheduling. Although the audit that was previously scheduled for September 26, 2007, ACT has proposed to the Plaintiffs that the audit take place on October 15, 2007. Despite the need for a scheduling change, ACT continues to assert that it is premature for the Court to grant the Plaintiffs' Motion for Attachment prior to the audit being conducted.

WHERFORE, the Defendants hereby move that this Honorable Court enter an Order denying the Plaintiffs' Motion for Attachment of Personal Property of Defendant, or in the Alternative, for a Preliminary Injunction Enjoining the Disbursement of the Proceeds of the Sale of Personal Property (With Notice).

A.C.T. Abatement Corp.

By its attorney,

Dated: September 26, 2007
　　　　　　　　　　　　　　　/s/ William R. Bagley Jr.
Ronald W. Dunbar, Jr., BBO#567023
William R. Bagley Jr. BBO#644575
Andrew E. Goloboy, BBO#663514
DUNBAR | RODMAN
10 High Street, Suite 700
Boston, MA 02110
(617)244-3550

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 26, 2007.

                                                /s/ William R. Bagley Jr.
                                               William R. Bagley Jr.