UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, NEW ENGLAND LABORERS' TRAINING TRUST FUND; LOUIS MANDARINI, JR. as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND and MASSACHUSETTS LABORERS' DISTRICT COUNCIL,<br>Plaintiffs<br><br>vs.<br><br>ACT ABATEMENT CORP.,<br>Defendant<br><br>and<br><br>PEABODY CONSTRUCTION CO., INC.,<br>Reach-and-Apply Defendant<br><br>and<br><br>DUNBAR & RODMAN, LLP,<br>Trustee | C.A. No. 05-10147 RCL |

## PLAINTIFFS' STATUS REPORT

Pursuant to this honorable Court's Order at the August 22, 2007 Scheduling Conference in the above-referenced matter, Plaintiffs Paul J. McNally, as he is Trustee, New England Laborers' Training Trust Fund, *et al.* ("Funds"), present the following status report:

First, Plaintiffs were not informed until being provided with A.C.T.'s Status Report today, October 31, 2007, of the fact that A.C.T. has been in receivership since June 29, 2007. At no time prior to today, despite the ongoing litigation and the Funds' efforts to set up an audit, did

Defendant or its counsel notify the Funds or their counsel that a receiver of A.C.T. had been appointed by the Massachusetts Superior Court. Given this new development, Plaintiffs need additional time to consider their options and to decide in what manner, if at all, they will continue pursuing this particular suit against A.C.T.

In the meantime, the following is a summary of events that have transpired since the parties last met before this Court on August 22, 2007.

At the Scheduling Conference, this Court ordered Plaintiff Funds to audit A.C.T.'s payroll records "forthwith." As a result of A.C.T.'s consistent delays, and one delay, due to oversight, by the Funds, the audit has yet to take place. A recap of the Funds' efforts are set forth below:

To begin with, A.C.T. waited until September 14, 2007 to provide the Funds with possible audit dates. At that time, its counsel ("Bagley") informed Funds' counsel ("Geiman") that A.C.T. would be prepared to be audited any day during the week of September 24, 2007. The Funds immediately scheduled an audit for September 26, 2007 and Bagley was so notified. The Funds then sent a confirmatory letter to A.C.T. and its counsel on September 19, 2007. On September 25, A.C.T. advised the Funds that it required a nearly *three-week* postponement of the audit, until October 15, 2007.

The Funds office did not schedule the audit for October 15, due to an oversight. However, on October 15, 2007, Geiman contacted Bagley by telephone and sought to schedule the audit for October 24, 2007 -- the first date that the Funds' auditor would be available. On October 18, 2007, Bagley informed Geiman via e-mail that the Funds should contact Dennis Grant ("Grant"), an agent of the company, directly and schedule the audit through him.

2

Funds' Collection Agent Philip Mackay ("Mackay") left a telephone message for Grant on October 18, 2007, which was not returned. On October 25, 2007, Geiman notified Bagley, by e-mail, of A.C.T.'s noncompliance but received no response. Finally, on October 31, 2007 -- the date of this Status Report -- Grant contacted the Funds' office and scheduled an audit for December 3, 2007, the first date that the Funds had an auditor available to conduct the audit at A.C.T.'s office.

                Respectfully submitted,

                PAUL J. McNALLY, as he is
                TRUSTEE, NEW ENGLAND
                LABORERS' TRAINING TRUST FUND,
                *et al.*,

                By their attorneys,

                /s/ Gregory A. Geiman
                Anne R. Sills, Esquire
                BBO #546576
                Gregory A. Geiman, Esquire
                BBO #655207
                Segal, Roitman & Coleman
                11 Beacon Street, Suite #500
                Boston, MA  02108
                (617) 742-0208
                ggeiman@segalroitman.com

Dated:  October 31, 2007

### CERTIFICATE OF SERVICE

I, Gregory A. Geiman, hereby certify that this Plaintiffs' Status Report filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to those indicated as non-registered participants on this 31st day of October, 2007.

                /s/ Gregory A. Geiman
                Gregory A. Geiman

GAG/gag&ts
ARS 6306 03-294/statusreport2.doc