UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, NEW ENGLAND LABORERS' TRAINING TRUST FUND; LOUIS MANDARINI, JR. as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND and MASSACHUSETTS LABORERS' DISTRICT COUNCIL,<br>　　　　　　Plaintiffs<br><br>vs.<br><br>ACT ABATEMENT CORP.,<br>　　　　　　Defendant<br><br>and<br><br>PEABODY CONSTRUCTION CO., INC.,<br>　　　　　　Reach-and-Apply Defendant<br><br>and<br><br>DUNBAR & RODMAN, LLP,<br>　　　　　　Trustee | C.A. No. 05-10147 RCL |

### NOTICE OF CHANGE OF ADDRESS OF COUNSEL

Please take notice and update your records to reflect that Anne R. Sills and Gregory A. Geiman, counsel to Plaintiffs, have a new address and firm name effective January 1, 2008.

From this date forward, all correspondence should be directed to the following address, telephone number, or email address:

Segal Roitman, LLP
111 Devonshire Street, 5th Floor
Boston, MA  02109
Tel.:  (617) 742-0208
Fax:  (617) 742-2187
asills@segalroitman.com
ggeiman@segalroitman.com

Counsel's telephone number, fax number, and email address will not change.

Respectfully submitted,

PAUL J. McNALLY, as he is TRUSTEE,
NEW ENGLAND LABORERS'
TRAINING TRUST FUND, et al.,

By their attorneys,

/s/ Anne R. Sills
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman
BBO #655207
Segal Roitman, LLP
111 Devonshire Street, 5th Floor
Boston, MA  02109
(617) 742-0208
asills@segalroitman.com

Dated:  January 23, 2008

## CERTIFICATE OF SERVICE

I, Anne R. Sills, hereby certify that the foregoing Notice of Change of Address of Counsel, electronically filed this 23rd day of January, 2008, has been simultaneously served upon all CM-ECF registered participants by Notice of Electronic Filing, and has been served upon all non-registered participants by first class mail, postage prepaid.

/s/ Anne R. Sills
Anne R. Sills, Esquire

ARS/ts
6306 03-294/notice-address-change.doc

2