UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, NEW ENGLAND LABORERS' TRAINING TRUST FUND; LOUIS MANDARINI, JR. as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND and MASSACHUSETTS LABORERS' DISTRICT COUNCIL,<br>　　　　　Plaintiffs<br><br>vs.<br><br>ACT ABATEMENT CORP.,<br>　　　　　Defendant<br><br>and<br><br>PEABODY CONSTRUCTION CO., INC.,<br>　　　　　Reach-and-Apply Defendant<br><br>and<br><br>DUNBAR & RODMAN, LLP,<br>　　　　　Trustee | C.A. No. 05-10147 RCL |

## SUGGESTION OF BANKRUPTCY

　　　Now come the Plaintiffs, by their attorneys, and suggest that an involuntary Chapter 11 bankruptcy petition was brought against Defendant ACT Abatement Corp. in the United States Bankruptcy Court for the District of Massachusetts on May 29, 2008.  The Plaintiffs will

promptly notify this Court and move to have the above-captioned matter reopened should the involuntary bankruptcy case be dismissed.

Respectfully submitted,

PAUL J. McNALLY, as he is TRUSTEE,
NEW ENGLAND LABORERS'
TRAINING TRUST FUND, *et al.*,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal Roitman, LLP
111 Devonshire Street
Boston, MA  02109
ggeiman@segalroitman.com

Dated: June 25, 2008

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Suggestion of Bankruptcy, electronically filed this 25th day of June, 2008, has been simultaneously served upon all CM-ECF registered participants by Notice of Electronic Filing, and has been served upon all non-registered participants by first class mail, postage prepaid.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 03-294/suggest-bnkrpty.doc