UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**PAUL J. MCNALLY, ET AL**

V.                                                        CIVIL ACTION NO. **05-10147-RCL**

**ACT ABATEMENT CORP.**

PROCEDURAL ORDER OF DISMISSAL

LINDSAY, D.J.

    In order to avoid the necessity for counsel to appear at periodic status conferences, the Court enters the following Administrative Order:

    The above-captioned case is dismissed without prejudice to either party moving to restore it to the docket, upon final determination of bankruptcy proceedings, by filing an appropriate motion.

By the Court,

/s/ Lisa M. Hourihan
Deputy Clerk

July 8, 2008